UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

PEDRO GARCIA and GLADYS GARCIA,

                Plaintiffs,

- against -

CITY OF NEW YORK, BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST CORPORATION, THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION and BT PRIVATE CLIENTS CORP., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, VERIZON NEW YORK, INC., NEW YORK TELEPHONE COMPANY, EMPIRE STATE PROPERTIES, INC. AND LEFRAK ORGANIZATION INC.,

                Defendants.

**21 MC 102 (AKH)**

**DOCKET NO.**
**07- CV- 5702**

**JUDGE HELLERSTEIN**

**AFFIDAVIT OF SERVICE**

    I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

    On July 24, 2007, I served the within copy of the Summons & Complaint on Tishman Interiors Corporation, therein named, a corporation by personally serving a true copy of the same to Marlene Galarza. Deponent knew said corporation so served to be the corporation described in the summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

                                                  Aaron Solomon

Sworn to before me on this
24th day of July, 2007

NOTARY PUBLIC

VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 20 10