| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| PEDRO GARCIA and GLADYS GARCIA,<br><br>                    Plaintiffs,<br><br>- against -<br><br>CITY OF NEW YORK, BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST CORPORATION, THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION and BT PRIVATE CLIENTS CORP., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, VERIZON NEW YORK, INC., NEW YORK TELEPHONE COMPANY, EMPIRE STATE PROPERTIES, INC. AND LEFRAK ORGANIZATION INC.,<br><br>                    Defendants. | DOCKET NO.<br>07- CV- 5702<br><br>**JUDGE HELLERSTEIN**<br><br>**AFFIDAVIT OF SERVICE** |

I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

On July 20, 2007, I served the within copy of the Summons & Complaint by personally serving a true copy of the same in the manner prescribed by the law of the State of New York for the service of summons upon the City of New York, to Madelyn Santana, at the New York City Law Department located at:

New York City Law Department<br>
100 Church Street<br>
New York, New York 10007

_____<br>
Aaron Solomon

Sworn to before me on this
30th day of July, 2007

_____
NOTARY PUBLIC
VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 2010