UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

PEDRO GARCIA and GLADYS GARCIA,

                Plaintiffs,

- against -

CITY OF NEW YORK, BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST CORPORATION, THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION and BT PRIVATE CLIENTS CORP., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, VERIZON NEW YORK, INC., NEW YORK TELEPHONE COMPANY, EMPIRE STATE PROPERTIES, INC. AND LEFRAK ORGANIZATION INC.,

                Defendants.

21 MC 102 (AKH)

DOCKET NO.
07- CV- 5702

JUDGE HELLERSTEIN

Affidavit of Service

    I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

    On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, BT Private Clients Corporation, by its designated agent Nora Bindyal of CT Corporation System, located at:

                CT Corporation System
                111 8th Avenue, 13th Floor
                New York, New York 10011

                                                Samuel Frommer

Sworn to before me on this
27th day of July, 2007

_____
NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 07