Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC*

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO GARCIA and GLADYS GARCIA, | Case No.: |
|  | 07-CV-5702 |
| Plaintiffs, | |
| -against- | |
| CITY OF NEW YORK, BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST CORPORATION, THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION and BT PRIVATE CLIENTS CORP., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, VERIZON NEW YORK, INC., NEW YORK TELEPHONE COMPANY, EMPIRE STATE PROPERTIES, INC. and LEFRAK ORGANIZATION INC., | **NOTICE OF APPEARANCE** |
| Defendants. | |

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendant, LEFRAK ORGANIZATION, INC. hereby appears in the above-entitled action. The undersigned have been retained as attorneys for said

defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
       September 24, 2007

>Yours etc.,
>
>HARRIS BEACH PLLC
>
>_____
>Brian A. Bender, Esq. (BAB-0218)
>HARRIS BEACH PLLC
>*Attorney for Defendant*
>**LEFRAK ORGANIZATION, INC**
>100 Wall Street, 23rd Floor
>New York, New York 10005
>(212) 687-0100

248221.1

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO GARCIA and GLADYS GARCIA,              Case No.:
                                             07-CV-5702
                              Plaintiffs,

            -against-

CITY OF NEW YORK, ET AL.,

                              Defendants.

# NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100