Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO GARCIA and GLADYS GARCIA,             Case No.:
                                             07-CV-5702
                            Plaintiffs,

-against-

CITY OF NEW YORK, BANKERS TRUST          NOTICE OF ADOPTION OF
COMPANY, DEUTSCHE BANK TRUST COMPANY     ANSWER TO MASTER
AMERICAS, DEUTSCHE BANK TRUST            COMPLAINT OF LEFRAK
COMPANY, DEUTSCHE BANK TRUST             ORGANIZATION, INC.
CORPORATION, THE BANK OF NEW YORK
TRUST COMPANY NA, TISHMAN INTERIORS
CORPORATION and BT PRIVATE CLIENTS CORP.,
TULLY CONSTRUCTION CO., INC., TULLY
INDUSTRIES, VERIZON NEW YORK, INC., NEW
YORK TELEPHONE COMPANY, EMPIRE STATE
PROPERTIES, INC. and LEFRAK ORGANIZATION
INC.,

                            Defendants.

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of *In Re: World*

*Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      September 24, 2007

                      Yours etc.,

                      **HARRIS BEACH PLLC**

                      Brian A. Bender, Esq. (BAB-0218)
                      HARRIS BEACH PLLC
                      *Attorney for Defendant*
                      *LEFRAK ORGANIZATION, INC.*
                      100 Wall Street, 23rd Floor
                      New York, New York 10005
                      (212) 687-0100

248223.1

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO GARCIA and GLADYS GARCIA,              Case No.:
                                             07-CV-5702
                            Plaintiffs,
            -against-

CITY OF NEW YORK, ET AL.,

                            Defendants.

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.**

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100