Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| UNITED STATED DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | |
| PEDRO GARCIA and GLADYS GARCIA, <br><br>                    Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST CORPORATION, THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION and BT PRIVATE CLIENTS CORP., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, VERIZON NEW YORK, INC., NEW YORK TELEPHONE COMPANY, EMPIRE STATE PROPERTIES, INC. and LEFRAK ORGANIZATION INC., <br><br>                    Defendants. | Case No.: 07-CV-5702 <br><br> **CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 24, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Notice of Appearance; and

2. Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: September 24, 2007

_____
Brian A. Bender